UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-57 DSD

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) **INFORMATION** |
| | ) |
| v. | ) (18 U.S.C. § 287) |
| | ) (18 U.S.C. § 2) |
| JEANEILLA WRIGHT, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
**(False Claims for Tax Refund)**

On or about February 7, 2010, in the State and District of Minnesota and elsewhere, the defendant,

**JEANEILLA WRIGHT,**

a resident of Minnesota, aiding and abetting and being aided and abetted by others known and unknown to the Grand Jury, knowingly made and presented, and caused to be made and presented, to the U.S. Department of the Treasury, claims against the United States for payment of tax refunds, which she knew to be materially false, fictitious and fraudulent, by preparing and causing to be prepared a U.S. Individual Income Tax Return for T.H., which was presented to the United States Treasury Department, through the Internal Revenue Service, and which sought a tax refund in the amount of $6,234.00, all in violation of Title 18, United States Code, Sections 2 and 287.

SCANNED
FEB 2 0 2014
U.S. DISTRICT COURT ST. PAUL

Dated:  February 20, 2014                     Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY:  DAVID P. STEINKAMP
Assistant U.S. Attorney
Attorney ID No. 178470